UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUAREZ,

    Plaintiff,

v.

NESTLE WATERS NORTH AMERICA, INC.,

    Defendant.

Case No. 15-cv-04259-JST

**ORDER TO FILE NOTICE OF SETTLEMENT**

The parties participated in a mediation session that resolved in settlement. <u>See</u> ECF No. 24. Within fourteen days of the date of this Order, the parties shall file either a notice of settlement or a statement informing the Court that the case has not settled. If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
JON S. TIGAR
United States District Judge