UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-04259-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 26 |

　　　　The parties stated on the record that they have settled this action.  See ECF No. 26.  By May 20, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

　　　　The Court also hereby SETS a case management conference on June 1, 2016 at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　IT IS SO ORDERED.

Dated: April 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge