UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 15-cv-04259-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 28 |

The parties have filed a stipulation of dismissal dated May 13, 2016, stating that they have agreed to dismiss this case with prejudice. ECF No. 28. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 16, 2016

_____
JON S. TIGAR
United States District Judge